UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   8:23-cv-00725-SPG-SSC                Date: April 8, 2026

Title      Jordan Mendez v. Jordan Peter Barnes, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On April 22, 2024, *pro se* Plaintiff Jordan Mendez filed a Second Amended Complaint (SAC) pursuant to 42 U.S.C. § 1983.  (ECF 30.)  Following the district judge's acceptance of the Court's report and recommendation, Plaintiff proceeded on the SAC with a single equal protection claim against Defendant Robert Flores in his individual capacity only.  (ECF 61; ECF 63; ECF 68.)

On March 6, 2026, Defendant moved for summary judgment on Plaintiff's SAC.  (ECF 76.)  The Court ordered Plaintiff to file an opposition or non-opposition to the motion no later than March 30, 2026.  (ECF 78.)  The deadline to file an opposition or non-opposition

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   8:23-cv-00725-SPG-SSC                    Date: April 8, 2026

Title      Jordan Mendez v. Jordan Peter Barnes, et al.

has passed and the court has not received any response or any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **April 28, 2026,** why this action should not be dismissed for failure to prosecute and/or comply with a court order.

If Plaintiff files a response to the motion for summary judgment by **April 28, 2026**, this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

Plaintiff is cautioned that failure to file a timely response to the motion for summary judgment will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

The Court also VACATES the hearing on the motion set for April 21, 2026, and will reschedule as necessary.

**IT IS SO ORDERED.**

                                                                                    :

                                                        Initials of Preparer        **ts**