JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN MENDEZ, | Case No. 8:23-cv-00725-SPG-SSC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JORDAN PETER BARNES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and comply with court orders.

DATED:  June 16, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE